Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Southwest Gas Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRENE MOORE,<br><br>            Plaintiff,<br><br>      v.<br><br>SOUTHWEST GAS CORPORATION;<br>DOE EMPLOYEE(S)/AGENT(S) I<br>through X; and ROE CORPORATIONS XI<br>through XX, inclusive,<br><br>            Defendants. | Case No. 2:14-cv-01165-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Irene Moore, by and through her counsel, Jesse Sbaih & Associates, LTD, and Defendant Southwest Gas Corporation, by and through its counsel, Jackson Lewis P.C., that the above entitled matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated November 14, 2014                                                     Dated November 14, 2014

JESSE SBAIH & ASSOCIATES, LTD.                               JACKSON LEWIS P.C.

/s/ *Ines Olevic-Saleh*                                                            /s/ *Deverie J. Christensen*
Jesse M. Sbaih, Esq.                                                           Elayna Youchah, Esq.
Ines Olevic-Saleh, Esq.                                                        Deverie J. Christensen, Esq.
170 South Green Valley Parkway, Suite 280           3800 Howard Hughes Pky., Suite 600
Henderson, Nevada 89012                                              Las Vegas, Nevada 89169
*Attorneys for Plaintiff*                                                         *Attorneys for Defendant*
*Irene Moore*                                                                          *Southwest Gas Corporation*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorney fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter. All pending motions are denied as moot and the Clerk of Court is instructed to close this case.

Dated: November 17, 2014.

_____
UNITED STATES DISTRICT JUDGE